August 28, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MATTHEW VERE, Appellant

NO. 14-11-00372-CV                    V.

AFFORDABLE POWER L.L.P., Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 2, 2011.. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Matthew Vere.

We further order this decision certified below for observance.